IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY HAMMOND MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| vs. | ) | 1:22-CV-44 |
| | ) | |
| SIA INTERNATIONAL TRADING LIMITED, | ) ) | |
| Defendant | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Anthony Hammond Murphy, by and through undersigned counsel, hereby provides notice to the Court that the present case has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by June 11, 2022, and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Respectfully submitted,

May 11, 2022

**By: LAWRENCE H. FISHER**

/s/ Lawrence H. Fisher

Lawrence H. Fisher

*Attorney for Plaintiff*